UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARY BOYLE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Defendants*. | Civil Action No. 8:25-cv-1628-MJM |

**DECLARATION OF RICHARD TRUMKA JR.**

I, Richard Trumka Jr., declare as follows:

1. Throughout my career, I have worked extensively in the field of consumer protection. Among other things, I have served as the Assistant Attorney General in the Consumer Protection Division of the Maryland Office of the Attorney General and as General Counsel and Staff Director of the Congressional Subcommittee on Economic and Consumer Policy.

2. In July 2021, President Joseph R. Biden Jr. nominated me to serve a seven-year term as a Commissioner of the Consumer Product Safety Commission (CPSC). The Senate confirmed my nomination on November 16, 2021, and I began serving as a CPSC Commissioner on December 2, 2021. My term expires on October 27, 2028.

3. At no point during my service as a Commissioner has President Biden or President Donald J. Trump voiced dissatisfaction with the quality of my work or my dedication to the job. At no point have I been accused by the President of neglect of duty or malfeasance in office.

4. Following the inauguration of President Trump, the new administration announced a policy of reducing the size of the federal workforce. To effectuate this goal, the administration

instituted a federal hiring freeze, offered the option of voluntary deferred resignation to federal workers, and acted through the newly created Department of Government Efficiency (DOGE) to initiate large-scale reductions in force (RIFs) across a wide range of federal agencies.

5. Because of the hiring freeze, reorganizations, and deferred-resignation program, virtually every department within the CPSC is understaffed; some are not functioning at all.

6. On February 26, 2025, the U.S. Office of Management and Budget and U.S. Office of Personnel Management issued a memorandum titled "Guidance on Agency RIF and Reorganization Plans Requested by *Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative*." The memorandum directed agency heads to develop and submit Agency RIF and Reorganization Plans (ARRPs) no later than March 13, 2025.

7. Acting Chairman of the CPSC, Peter A. Feldman, submitted two ARRPs in response to the memorandum. Both ARRPs suggest staff cuts and reorganizations that I believe to be counterproductive to the CPSC's mission of preventing consumer-product injuries and deaths. Along with my fellow CPSC Commissioners Mary Boyle and Alexander Hoehn-Saric, I expressed these views in a May 2, 2025, letter to Acting Chairman Feldman. A true and correct copy of this letter is attached as Exhibit B to the Declaration of Mary Boyle.

8. In addition to the letter, I voiced my strong concerns about the staff reductions and reorganizations at the agency on multiple occasions, including through additional communications to Acting Chairman Feldman and during a May 7, 2025, meeting of the Commission.

9. The following day, May 8, I received an email from Trent Morse, Deputy Director of Presidential Personnel. The body of the email stated, in its entirety: "On behalf of President Donald J. Trump, I am writing to inform you that your position on the Consumer Product Safety

Commission is terminated effective immediately. Thank you for your service." A true and correct copy of the email is attached as Exhibit A.

10. Neither in the email nor at any other time has the President or anyone speaking on his behalf communicated to me that the reason for my termination is neglect of duty or malfeasance in office. And any attempt to invoke either of these rationales would have been entirely unjustified.

11. Since May 9, I have been unable to enter my office at the CPSC unescorted, access my CPSC email account, use my government-issued phone, log on to CPSC's computer network, or access any of my electronic files. On Monday, May 19, 2025, I was given a brief window of time to enter my office at CPSC headquarters with an escort to retrieve my personal belongings and to return my CPSC identification badge, key fob, credit card, and computer equipment to agency officials.

12. Members of my staff have received termination notices stating that the person with appointing authority for their positions—which I understand to refer to myself—left the agency on May 9. They have been unable to enter their offices unescorted, access their CPSC email accounts, use their government-issued phones, log on to CPSC's computer network, or access their CPSC electronic files.

13. It is my understanding that I will no longer receive the pay and benefits to which I am entitled as a CPSC Commissioner. On May 15, I was provided a "separation package" with information about when my health insurance would terminate, information on options to acquire continuing coverage, and other personnel matters associated with separation from the agency.

14. I take pride in my work as a CPSC Commissioner, and I believe that my work has played an important role in protecting consumers across the nation from injury and death. Every day that I am barred from fulfilling my duties as a Commissioner, I lose an irretrievable

opportunity to do work that I believe is vital to the national interest and that is important to my own fulfillment. I also am prevented from participating in Commission proceedings through voting, debate with my fellow Commissioners, and engagement with staff, and as a result, my input is not being considered at a critical time for the future of the agency and the work that it does. Executed this 21st day of May, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*Richard Trumka Jr.*

# EXHIBIT A

Rich Trumka <████████>

## FW: Message from PPO

**Trumka Jr., Richard** <RTrumka@cpsc.gov>  Thu, May 8, 2025 at 11:37 PM
To: Rich Trumka <████████>

---

**From:** Morse, Trent M. EOP/WHO <Trent.M.Morse@who.eop.gov>
**Sent:** Thursday, May 8, 2025 6:48 PM
**To:** Trumka Jr., Richard <RTrumka@cpsc.gov>
**Subject:** Message from PPO

Richard,

On behalf of President Donald J. Trump, I am writing to inform you that your position on the Consumer Product Safety Commission is terminated effective immediately.

Thank you for your service.

Trent Morse

Deputy Director

Presidential Personnel

*****!!! Unless otherwise stated, any views or opinions expressed in this e-mail (and any attachments) are solely those of the author and do not necessarily represent those of the U.S. Consumer Product Safety Commission. Copies of product recall and product safety information can be sent to you automatically via Internet e-mail, as they are released by CPSC. To subscribe or unsubscribe to this service go to the following web page: http://www.cpsc.gov/en/Newsroom/Subscribe *****!!!