UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARY BOYLE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.,<br><br>*Defendants*. | Civil Action No. 8:25-cv-1628-MJM |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Upon consideration of the motion for a temporary restraining order and preliminary injunction filed by Plaintiffs Mary Boyle, Alexander Hoehn-Saric, and Richard Trumka Jr., it is hereby

ORDERED that the motion for a temporary restraining order is GRANTED.

It is further ORDERED that Defendants Scott Bessent, Russell Vought, and Peter A. Feldman are temporarily restrained from taking any action to effectuate President Donald J. Trump's purported termination of Plaintiffs from their roles as Commissioners of the Consumer Product Safety Commission (CPSC), including by:

- barring Plaintiffs' access to the agency resources (including, but not limited to, Plaintiffs' office spaces, CPSC telephone and computer equipment, CPSC email accounts, and physical and electronic files) to which Plaintiffs had access prior to May 8, 2025;

- giving effect to the purported termination of Plaintiffs' staff members; or

- withholding from Plaintiffs and their staff members the pay and benefits that they were entitled to receive in connection with their roles at the CPSC prior to May 8, 2025.

Defendants are directed to file a response to Plaintiffs' motion for a preliminary injunction on or before _____. Hearing on the motion is set for _____.

    SO ORDERED.

Dated this ___ day of _____, 2025　　　　　　　BY THE COURT:

                                                                                                 _____