UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BOYLE, *et al.*,<br><br>       Plaintiffs,<br><br>  v.<br><br>TRUMP, *et al.*,<br><br>       Defendants. | Case No. 8:25-cv-1628-MJM |

## NOTICE OF APPEARANCE

Please enter the appearance of Abigail Stout, U.S. Department of Justice, Civil Division, as counsel for Defendants in this case.

Dated: May 22, 2025                      Respectfully submitted,

                                          YAAKOV M. ROTH
                                          Acting Assistant Attorney General

                                          ERIC J. HAMILTON
                                          Deputy Assistant Attorney General
                                          Civil Division, Federal Programs Branch

                                          /s/ *Abigail Stout*
                                          ABIGAIL STOUT
                                          (DC Bar No. 90009415)
                                          *Counsel*
                                          U.S. Department of Justice
                                          Civil Division
                                          950 Pennsylvania Avenue, NW
                                          Washington, DC 20530
                                          Telephone: (202) 514-2000
                                          Email: Abigail.Stout@usdoj.gov

                                          *Attorney for Defendants*