IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARY BOYLE, et al., | * |
| Plaintiffs, | * |
| | * Civ. No.: MJM-25-1628 |
| v. | * |
| DONALD J. TRUMP, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \*

## ORDER

As discussed during the scheduling conference call on May 22, 2025, it is hereby

ORDERED that a hearing on the plaintiffs' Motion for a Temporary Restraining Order is scheduled for Tuesday, May 27, 2025, at 12:00 p.m. in Courtroom 5C; and it is further

ORDERED that the defendants' response to the Motion for a Preliminary Injunction shall be filed no later than May 29, 2025; and it is further

ORDERED that the plaintiffs' reply shall be filed no later than June 3, 2025; and it is further

ORDERED that any further hearing on the Motion for a Preliminary Injunction is tentatively scheduled for Friday, June 6, 2025, at 11:30 a.m. in Courtroom 5C.

DATE: 5/23/25                                        /S/
                                             Matthew J. Maddox
                                             United States District Judge