IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARY BOYLE, et al., | * |
| Plaintiffs, | * |
| v. | * Civ. No.: MJM-25-1628 |
| DONALD J. TRUMP, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \*

## ORDER

As discussed during the hearing on May 27, 2025, it is hereby

ORDERED that the briefing schedule previously entered for the Motion for Preliminary Injunction is vacated; and it is further

ORDERED that the following briefing schedule shall apply to the plaintiffs' forthcoming expedited motion for summary judgment:

| | |
|---|---|
| Plaintiffs' motion | May 30, 2025 |
| Defendants' response | June 4, 2025, no later than 12:00 p.m. |
| Plaintiffs' reply | June 5, 2025, no later than 3:00 p.m. |

And it is further ORDERED that a hearing on the motion is scheduled for Friday, June 6, 2025, at 11:30 a.m. in Courtroom 5C.

DATE: 5/23/25

/S/
Matthew J. Maddox
United States District Judge