UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BOYLE, *et al.*,<br><br>               Plaintiffs,<br><br>  v.<br><br>TRUMP, *et al.*,<br><br>               Defendants. | Case No. 8:25-cv-1628-MJM |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendants, Donald J. Trump, in his official capacity as President of the United States; Scott Bessent, in his official capacity as Secretary of the Treasury; Russell Vought, in his official capacity as Director of the Office of Management and Budget; and Peter A. Feldman, in his official capacity as Acting Chairman of the U.S. Consumer Product Safety Commission ("CPSC"), respectfully oppose Plaintiffs' Motion for Summary Judgment and Cross-move for Summary Judgment pursuant to Federal Rule of Civil Procedure 56. As explained in the accompanying memorandum of law, the statutory restrictions on the removal of CPSC Commissioners are inconsistent with the President's constitutional authority and therefore unlawful. Because there is no genuine issue of material fact and because Plaintiffs' terminations were lawful, summary judgment should be granted in Defendants' favor.

Dated: June 2, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON

Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

*Attorney for Defendants*