**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| BOYLE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP, *et al.*,<br><br>Defendants. | Case No. 8:25-cv-1628-MJM |

**DEFENDANTS' STATEMENT OF**
**UNDISPUTED MATERIAL FACTS**

Pursuant to Federal Rule of Civil Procedure 56, Defendants submit the following statement of undisputed material facts in support of their motion for summary judgment.

1. Defendants adopt and incorporate paragraphs 1-4 and 6-16 of Plaintiffs' Statement of Undisputed Material Facts. ECF No. 18-2. Defendants do not dispute the veracity of the remaining paragraphs but assert that those facts are not material to deciding the issues in the case. *See Jones v. Chandrasuwan*, 820 F.3d 685, 691 (4th Cir. 2016) ("A fact is material if it might affect the outcome of the suit under the governing law." (quotation omitted)).

Dated: June 2, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT

(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

*Attorney for Defendants*