IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| MARY BOYLE, *et al.*, | * | |
| Plaintiffs, | * | |
| | * | Civ. No. MJM-25-1628 |
| v. | * | |
| DONALD J. TRUMP, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this __13th__ day of June, 2025, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiffs' Motion for Summary Judgment (ECF No. 18) is GRANTED;

2. Defendants' Cross-Motion for Summary Judgment (ECF No. 21) is DENIED;

3. Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 6) is DENIED as moot;

4. It is DECLARED that President Donald J. Trump's purported termination of Plaintiffs Mary Boyle, Alexander Hoehn-Saric, and Richard Trumka Jr. from their roles as Commissioners of the Consumer Product Safety Commission ("CPSC") is ultra vires, contrary to law, and without legal effect; and

5. Defendants Scott Bessent, Russell Vought, and Peter A. Feldman are ENJOINED from taking any action to effectuate Plaintiffs' unlawful terminations (until such time as Plaintiffs' terms expire pursuant to 15 U.S.C. § 2053), including by:

- Barring Plaintiffs' access to agency resources (including, but not limited to, Plaintiffs' office spaces, CPSC telephone and computer equipment, CPSC email accounts, and physical and electronic files) to which Plaintiffs had access prior to May 8, 2025;

- Giving effect to the purported termination of Plaintiffs' staff members; or

- Withholding from Plaintiffs and their staff members the pay and benefits that they were entitled to receive in connection with their roles at the CPSC prior to May 8, 2025.

And it is further ORDERED Plaintiffs' unopposed Motion for Leave to Waive Requirement Under Local Rule 102.2(a) to Provide Addresses in Complaint Caption (ECF No. 2) is GRANTED.

The Clerk shall CLOSE this case.

_____
Matthew J. Maddox
United States District Judge