UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BOYLE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRUMP, *et al.*, <br><br> Defendants. | Case No. 8:25-cv-1628-MJM |

## NOTICE OF APPEAL

Defendants—President Donald J. Trump, in his official capacity as President of the United States; Scott Bessent, in his official capacity as Secretary of the Treasury; Russell Vought, in his official capacity as Director of the Office of Management and Budget; and Peter A. Feldman, in his official capacity as Acting Chairman of the U.S. Consumer Product Safety Commission—respectfully provide notice that they hereby appeal to the United States Court of Appeals for the Fourth Circuit the Court's Order (ECF No. 25) and accompanying Memorandum Opinion (ECF No. 24) entered on June 13, 2025, which granted Plaintiffs' motion for summary judgment and denied Defendants' cross-motion for summary judgment.

Dated: June 16, 2025

Respectfully submitted,

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT

- 2 -

(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

*Attorney for Defendants*