UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BOYLE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>TRUMP, *et al.*,<br><br>　　　　　Defendants. | Case No. 8:25-cv-1628-MJM |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY

Upon consideration of Defendants' Motion to Stay the Court's Order Pending Appeal, it is hereby:

**ORDERED** that Defendants' Motion to Stay the Court's Order Pending Appeal is **GRANTED**. It is further

**ORDERED** that this Court's Order (ECF No. 25) is hereby **STAYED** pending the resolution of the appeal in this case.

**SO ORDERED**.

Dated this ___ day of _____, 2025

BY THE COURT:

_____
Matthew J. Maddox
United States District Judge