## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MARY BOYLE, et al.,

    *Plaintiffs*,

v.

DONALD J. TRUMP, in his official capacity as President of the United States, et al.,

    *Defendants*.

Civil Action No. 8:25-cv-1628-MJM

## THIRD DECLARATION OF RICHARD TRUMKA JR.

I, Richard Trumka Jr., declare as follows:

1.    On Friday, June 13, 2025, this Court issued a memorandum opinion and order declaring that President Donald J. Trump's purported termination of me and two of my fellow Commissioners at the Consumer Product Safety Commission (CPSC), Plaintiffs Mary Boyle and Alexander Hoehn-Saric, was unlawful and without legal effect. The order enjoined Defendants Scott Bessent, Russell Vought, and Peter A. Feldman from giving effect to the terminations.

2.    At 1:36 PM on the day the opinion issued, the CPSC's General Counsel, Matthew A. Campbell, emailed a copy of the opinion and order to the agency's senior leadership. The email stated that "[t]he CPSC and its officers and employees should give full effect to th[e] order, which requires that Commissioners Hoehn-Saric, Trumka and Boyle and their staff be fully reinstated to the same position, with the same rights and privileges, as they held before the President terminated them on May 9, 2025." A true and correct copy of the email is attached as Exhibit A.

3.      Later that afternoon, I arrived at CPSC headquarters with a member of my staff. Agency staff issued us identity cards, fobs for accessing the building, keys to our offices, and agency laptops. We also received access to our agency email accounts and files.

4.      Upon my return to the office, I emailed members of staff, and they responded to me as they normally would. Many CPSC staff members have welcomed me back to the agency, both in emails and in conversations.

5.      Following our purported terminations, CPSC webpages concerning me and Commissioners Boyle and Hoehn-Saric had been moved to the "Past Commissioners" tab of the CPSC website. By 4:01 PM on Friday, June 13, the webpages, profiles, and statements of myself and Commissioners Boyle and Hoehn-Saric were restored to the "Current Commissioners" tab. At my request, the CPSC web team posted two statements to my official CPSC webpage, one at 4:58 PM and one at 5:35 PM.

6.      On Monday, June 16, all members of my staff and I reported to work at the CPSC as usual. We met with Information Technology and Human Resources, were placed back on the payroll, and received access to the agency resources and benefits that we had prior to our unlawful terminations. Throughout the day, we met with staff and other Commissioners and conducted business as usual. I exchanged emails with stakeholders, including the CPSC's General Counsel and Inspector General, and reviewed materials that had been circulated to the Commissioners during the period of my unlawful termination, including materials related to an open matter on which the Commissioners are set to vote by Wednesday, June 18.

7.      I saw that Commissioners Boyle and Hoehn-Saric were also physically present at CPSC headquarters and in their offices on Monday, June 16. I met with Commissioner Boyle and with Commissioner Hoehn-Saric and his staff, and I discussed agency business with them. From

our conversations, I am aware that Commissioners Boyle and Hoehn-Saric had been speaking about substantive agency business with CPSC staff.

8. I observed Commissioners Boyle and Hoehn-Saric meeting with Information Technology to regain access to the CPSC's computer systems, and I have received emails from both of them through their CPSC email addresses.

9. At 11:50 AM on Monday, June 16, the CPSC's Acting Chairman Peter A. Feldman emailed agency staff to confirm that Commissioners Boyle and Hoehn-Saric and I "are to be extended all privileges and professional courtesies as members" of the CPSC and that the agency is to "proceed with as little disruption as possible." A true and correct copy of the email is attached as Exhibit B.

10. In short, everything at CPSC is operating as it had been before Commissioners Boyle and Hoehn-Saric and I were unlawfully terminated from our positions at the agency on May 8 and 9 of this year.

Executed this 17th day of June, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Richard Trumka Jr.

# EXHIBIT A

**Nick Sansone**

| | |
|---|---|
| **From:** | Campbell, Matthew <MCampbell@cpsc.gov> |
| **Sent:** | Friday, June 13, 2025 1:36 PM |
| **To:** | Lorenze, Brien; Ray, DeWane; Evans, Annette; Springs, Pamela |
| **Cc:** | COPF - Acting Chairman Feldman's Office; CODD - Comm Dziak's Office; COMB - Comm Boyle's Office; COAH - Comm Hoehn-Saric's Office; CORT - Comm Trumka's Office |
| **Subject:** | Boyle, et al. v. Trump, et al., No. 8:25-cv-01628 (D. Md.) |
| **Attachments:** | Boyle Court Order.pdf; Boyle Court Mem Opinion.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

All,

Judge Maddox just issued an order in *Boyle, et al. v. Trump, et al.*, No. 8:25-cv-01628 (D. Md.), holding that President Trump's termination of Commissioners Hoehn-Saric, Trumka and Boyle was unlawful. (See attached order and decision.) The Court has enjoined the defendants from taking any action to effectuate those terminations. The order specifically states that the CPSC may not:

- Bar Plaintiffs' access to agency resources (including, but not limited to, Plaintiffs' office spaces, CPSC telephone and computer equipment, CPSC email accounts, and physical and electronic files) to which Plaintiffs had access prior to May 8, 2025;
- Give effect to the purported termination of Plaintiffs' staff members; or
- Withhold from Plaintiffs and their staff members the pay and benefits that they were entitled to receive in connection with their roles at the CPSC prior to May 8, 2025.

The CPSC and its officers and employees should give full effect to this order, which requires that Commissioners Hoehn-Saric, Trumka and Boyle and their staff be fully reinstated to the same position, with the same rights and privileges, as they held before the President terminated them on May 9, 2025.

Please let me know if you have any questions or comments. Thanks.

Matt

Matthew A. Campbell
General Counsel
U.S. Consumer Product Safety Commission
4330 East West Highway
Bethesda, MD 20814
(301) 504-6464 (office)
(240) 393-2685 (cell)

# EXHIBIT B

# Nick Sansone

| | |
|---|---|
| **From:** | Feldman, Peter <PFeldman@cpsc.gov> |
| **Sent:** | Monday, June 16, 2025 11:50 AM |
| **To:** | Everyone - Feds Only |
| **Subject:** | Update on Boyle v. Trump Litigation and Commission Developments |
| **Attachments:** | Boyle Court Order.pdf |

Dear Staff,

I want to share an important update regarding the *Boyle et al. v. Trump* litigation.

This past Friday, a federal judge in the U.S. District Court for the District of Maryland issued an order that, among other things, permits the Commissioners fired by President Trump (Boyle, Hoehn-Saric, and Trumka) and their staff members to return to their roles at CPSC. A copy of the full order is attached to this e-mail.

While I anticipate that this ruling will be appealed, during the interim, the returning Commissioners and their staffs are to be extended all privileges and professional courtesies as members of this agency.

It is my intention to proceed with as little disruption as possible during the pendency of this litigation. The work of the CPSC is too important to pause or politicize. Over the past several weeks, the Commission has performed exceptionally—your efforts have resulted in historic progress, including setting a number of recall records and achieving new efficiencies.

I want to maintain this momentum and continue delivering results that protect the public. Thank you for your unwavering commitment to this agency and its vital mission.

Sincerely,

Peter A. Feldman
Acting Chairman
U.S. Consumer Product Safety Commission

1