FILED: June 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1687
(8:25-cv-01628-MJM)

_____

MARY BOYLE; ALEXANDER HOEHN-SARIC; RICHARD TRUMKA, JR.

      Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; PETER A. FELDMAN, in his official capacity as Acting Chairman of the U.S. Consumer Product Safety Commission

      Defendants - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:25-cv-01628-MJM |
| Date notice of appeal filed in originating court: | 06/16/2025 |
| Appellants | Donald J. Trump, Scott Bessent, Russell Vought, Peter A. Feldman |
| Appellate Case Number | 25-1687 |
| Case Manager | Jeffrey S. Neal<br>804-916-2702 |