# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| _____ | * |
| **Plaintiff,** | |
| | * |
| **v.** | **Case No.** _____ |
| | * |
| _____ | |
| **Defendant.** | * |

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

☐   Exhibit _____ which is an attachment to _____

_____

will be electronically filed under seal within 24 hours of the filing of this Notice.

☐   _____

(title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by_____.

_____          *Abigail Stout*
Date                                                              _____
                                                                     Signature

                                                                     _____
                                                                     Printed Name and Bar Number

                                                                     _____
                                                                     Address

                                                                     _____
                                                                     Email Address

                                                                     _____
                                                                     Telephone Number

                                                                     _____
                                                                     Fax Number