UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BOYLE, *et al.*,

        Plaintiffs,

  v.

TRUMP, *et al.*,

        Defendants.

Case No. 8:25-cv-1628-MJM

**ORDER ON DEFENDANTS' MOTION TO SEAL**

Upon consideration of Defendants' Motion to Seal, it is hereby:

**ORDERED** that Defendants' Motion to Seal is **GRANTED**. It is further

**ORDERED** that the document filed at ECF No. _34_ shall remain under seal pursuant to this order.

**SO ORDERED**.

Dated this _7th_ day of _July_, 2025.

BY THE COURT:

_____/S/_____
Matthew J. Maddox
United States District Judge